It is so ordered 5/18/05.

s/John R. Adams

U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE OHIO BELL TELEPHONE COMPANY, | CASE NO. 1:01CV02057 |
| | JUDGE ADAMS |
| Plaintiff/Counterdefendant, | MAGISTRATE JUDGE HEMANN |
| v. | |
| CORECOMM NEWCO, INC., | |
| Defendant/Counterclaimant, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| and | |
| ATX COMMUNICATIONS, INC., et al., | |
| Counterclaimants, | |
| v. | |
| AMERITECH CORPORATION, et al., | |
| Additional Counterdefendants. | |

Defendant-Counterclaimant CoreComm Newco, Inc. ("Newco") and Counterclaimants ATX Communications, Inc. and CCL Historical, Inc. (collectively "CoreComm"), and Plaintiff-Counterdefendant The Ohio Bell Telephone Company ("SBC Ohio") and Counterdefendants Ameritech Corporation, Ameritech Services, Inc., SBC Communications Inc., SBC Management Services, Inc., SBC Operations, Inc. and SBC Services, Inc. (collectively, "SBC"), hereby submit this Joint Stipulation of Dismissal With Prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties have agreed and stipulate that all claims and counterclaims in this

proceeding should be dismissed with prejudice.  Pursuant to Rule 41(a)(1)(ii), all parties who have appeared in this action are signatories, by their counsel, to this Joint Stipulation of Dismissal With Prejudice.

Respectfully submitted,

| | |
|---|---|
| _s/ James F. Lang_ | _s/ Eric J. Branfman_ |
| JOHN J. EKLUND  (0010895) | ERIC J. BRANFMAN |
| JAMES F. LANG (0059668) | TAMAR E. FINN |
| MICHAEL T. MULCAHY (0038270) | MICHAEL C. SLOAN |
| MAURA L. HUGHES (0061929) | SWIDLER BERLIN SHEREFF FRIEDMAN |
| CALFEE, HALTER & GRISWOLD LLP | 3000 K Street, N.W., Suite 300 |
| 1400 McDonald Investment Center | Washington, D.C. 20007 |
| 800 Superior Avenue | (202) 424-7500 |
| Cleveland, Ohio 44114 | (202) 424-7645 (fax) |
| (216) 622-8200 | |
| (216) 241-0816 (fax) | RANDOLPH C. WISEMAN (0021992) |
| | THOMAS J. O'BRIEN (0066249) |
| THEODORE A. LIVINGSTON JR. | BRICKLER & ECKLER LLP |
| CHRISTIAN F. BINNIG | 100 South Third Street |
| MAYER BROWN ROWE & MAW | Columbus, Ohio 43215-4291 |
| 190 South LaSalle Street | (614) 227-2368 |
| Chicago, IL 60603-3441 | |
| (312) 782-0600 | Attorneys for Defendant and Counterclaimants |
| (312) 701-7711 (fax) | |

Attorneys for Plaintiff and Counterdefendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2005, the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                s/ James F. Lang
                                                One of the Attorneys for Plaintiff and
Counterdefendants or Defendant and
Counterplaintiffs